THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BERTHA SCHWARTZ, Appellant.

*People* v. *Schwartz*, 183 App. Div. 367, affirmed.

(Argued October 16, 1918; decided November 1, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 12, 1918, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting defendant of a violation of the Liquor Tax Law in selling liquor, to wit, hard cider, without having paid a liquor tax, and without having obtained and posted the required liquor tax certificate.

*A. S. Gilbert* and *Francis Gilbert* for appellant.

*Harry E. Lewis, District Attorney* (*John E. Ruston* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND and McLAUGHLIN, JJ. Absent: ANDREWS, J.